**UNITED STATES BANKRUPTCY COURT**

**Southern District of Ohio**

In re:     **Donnie L Saunders**

**4374**

Case No. _____

Chapter     **13**

# VERIFICATION OF CREDITOR MATRIX

     The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.


Dated:     **4/13/2006**_____
_____

Signed:     **s/ Donnie L Saunders**_____

     **Donnie L Saunders**


Signed:     **/s/ Jeffrey R. McQuiston**_____

     **Jeffrey R. McQuiston**

Bar No.     **0027605**