UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

DONNIE L SAUNDERS

Debtor

CASE NO: 06-30871

(Chapter 13)

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4094890**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 10/#12/ 24 | ROBERT QUAGLIERI<br>% LINDA STUKEY<br>333 W FIRST ST SUITE 400<br>DAYTON, OH  45402 | 4,677.05 |
| 9/LEO #13/ 22 | LUIS PINEIRO<br>% LINDA STUKEY<br>333 W FIRST ST SUITE 400<br>DAYTON, OH  45402 | 3,690.16 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/2/2011

Certificate of Service                          06-30871

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DONNIE L SAUNDERS
1773 KYLEMORE CT.
CENTERVILLE, OH  45459

JEFFREY R MCQUISTON
FIRST NATIONAL PLAZA
130 W SECOND ST STE 1818
DAYTON, OH  45402

(1039.1n)
BYRON K SHAW
4800 BELMONT PLACE
HUBER HEIGHTS, OH  45424

(1035.1n)
DALE ANN GOLDBERG
600 FEDERAL BUILDING
200 WEST SECOND ST
DAYTON, OH  45402

(48.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(1036.1n)
EMERSON R KECK
15 W FOURTH ST  STE 100
DAYTON, OH  45402

(8.1n)
JOEL K JENSEN
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(33.1n)
LINDA STUKEY
STUKEY & ASSOCIATES
5771 HEATHER HOLLOW DR
DAYTON, OH  45415

(22.1)
LUIS PINEIRO
% LINDA STUKEY
333 W FIRST ST SUITE 400
DAYTON, OH  45402

(50.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(1034.1n)
ROBERT A WHITEHOUSE II
WHITEHOUSE LAW FIRM LPA
4227 ENGLISH OAKS
BATAVIA, OH  45103

(1037.1n)
ROBERT G HANSEMAN
SEBALY SHILLITO & DYER
1900 KETTERING TOWER
DAYTON, OH  45423

(24.1)
ROBERT QUAGLIERI
% LINDA STUKEY
333 W FIRST ST SUITE 400
DAYTON, OH  45402

(1033.1n)
STEPHEN D MILES
18 W MONUMENT AVE
DAYTON, OH  45402

(1038.1n)
Steve Katchman
137 N Main St Ste 610
Dayton, OH  45402-1737

(11.1n)
UNITED STATES OF AMERICA
% ATTORNEY GEN DEPT OF JUSTICE
BOX 55 BEN FRANKLING STATION
WASHINGTON, DC  20044

(12.1n)
UNITED STATES OF AMERICA
%US ATTORNEY
FEDERAL BLDG ROOM 602
DAYTON, OH  45402

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                        sv